## DICKSON v. REMBUSCH.

[No. 14,003.   Filed November 14, 1930.]

*D. F. Brooks*, for appellant.
*Henderson & Henderson* and *Cheney & Tolen*, for appellee.

PER CURIAM.—Affirmed.

## INDEMNITY LIFE AND CASUALTY COMPANY v. McMILLAN.

[No. 13,958.   Filed November 18, 1930.]

*L. H. Oberreich, James M. Berryhill* and *Edwin C. Berryhill*, for appellant.
*Raymond Demaree* and *Charles H. Heaton*, for appellee.

PER CURIAM.—Affirmed.

## GUILKEY v. SNYDER.

[No. 14,059.   Filed November 18, 1930.]

*Paul E. Laymon*, for appellant.
*William Robison* and *Herbert B. Spencer*, for appellee.

PER CURIAM.—Affirmed.